DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERRIS J. PHILLIPS,**
Appellant,

v.

**DITECH FINANCIAL, LLC,** f/k/a **GREEN TREE SERVICING, LLC,**
Appellee.

No. 4D18-2797

[June 13, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. CACE 16-006306.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

William L. Noriega and Timothy D. Padgett of Padgett Law Group, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***